# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:24−cr−00371

James Bateson
Rashad Derrick
Katherine O'Brien
Sheba Muharib

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Richard W Bennett

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/15/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   May 12, 2025

Nathan Ochsner, Clerk